UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PAINTERS AND ALLIED TRADES )
DISTRICT COUNCIL NO. 35 )
    Plaintiff, )
)
)     C.A. NO. 03-12562-PBS
)
)
M.G.J. PAINTING, INC. )
    Defendant. )
)

## REQUEST FOR NOTICE OF DEFAULT

Plaintiff respectfully requests that the Court issue a Notice of Default to Defendant M.G.J.

Painting, Inc., in the above-captioned action. Defendant M.G.J. Painting, Inc., was served with the

complaint on January 20, 2004. Copies of proof of service are attached. As of this date, Defendant

has not filed an Answer or any other responsive pleading to the complaint.

Plaintiff,
Painters and Allied Trades
District Council No. 35
By its attorney,

Jonathan M. Conti, BBO#657163
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976

DATED: May 7, 2004

CERTIFICATE OF SERVICE

I, Jonathan M. Conti, hereby certify that on this day, I mailed a copy of the enclosed documents to Mr. Michael Joaquim, President, M.G.J. Painting, Inc., 60 Preston Street, Everett, MA 02149, and Edward J. Byrnes, Esq., 11 Bedford Street, Burlington, MA 01803.

Jonathan M. Conti

DATED: May 7, 2004

AO 440 (Rev. 10/93) Summons in a Civil ...on

# United States District Court

_____ for the _____ DISTRICT OF ___ Massachusetts ___

Painters & Allied Trades District Council
No. 35

### SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:

MGJ Painting

# 03-12562PBS

TO: (Name and address of defendant)

Mr. Michael Joaquim, President
MGJ Painting
60 Preston Street
Everett, MA 02149

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jonathan M. Conti, Esq.
Feinberg, Campbell & Zack
177 Milk Street
Boston, MA 02109
(617) 338-1976

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken
against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a
reasonable period of time after service.

TONY ANASTAS

CLERK

(BY) DEPUTY CLERK

December 19, 2003
DATE