UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PAINTERS AND ALLIED TRADES )
DISTRICT COUNCIL NO. 35 )
    Plaintiff, )
                               ) C.A. NO. 03-12562-PBS

MGJ PAINTING )
    Defendant. )

## MOTION TO AMEND CAPTION

Now comes Plaintiff Painters and Allied Trades District Council No. 35, and requests to amend the caption of its Complaint so that the Defendant is listed as "M.G.J. Painting, Inc."

                                               Plaintiff,
                                               Painters and Allied Trades
                                               District Council No. 35
                                               By its attorney,

                                               Jonathan M. Conti, BBO#657163
                                               Feinberg, Campbell & Zack, P.C.
                                               177 Milk Street
                                               Boston, MA 02109
                                               (617) 338-1976

DATED: May 7, 2004

## CERTIFICATE OF SERVICE

I, Jonathan M. Conti, hereby certify that on this day, I mailed a copy of the enclosed documents to Mr. Michael Joaquim, President, M.G.J. Painting, Inc., 60 Preston Street, Everett, MA 02149, and Edward J. Byrnes, Esq., 11 Bedford Street, Burlington, MA 01803.

Jonathan M. Conti

DATED: May 7, 2004