UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                          Civil Action
                                                          No: 03-12562-PBS

Painters and Allied Trades District Council No.35
Plaintiff

v.

M.G.J. Painting, Inc.
Defendant

## NOTICE OF DEFAULT

     Upon application of the Plaintiff for an order of Default for failure of the Defendant, M.G.J. Painting, Inc. to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant M.G.J. Painting, Inc. has been defaulted on May 18, 2004.

                                                          Tony Anastas
                                                          Clerk


                                                          By: /s/ Robert C. Alba
                                                             Deputy Clerk

Date: May 18, 2004

Notice mailed to counsel of record and defendant(s).