UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                            Civil Action
                                            No: 03-12562-PBS

Painters and Allied Trades District Council No.35
Plaintiff

v.

M.G.J. Painting, Inc.
Defendant

PROCEDURAL ORDER ON DEFAULT

SARIS, D.J.                                                             May 18, 2004

     On May 18, 2004, a notice of default was issued as to the defendant M.G.J. Painting, Inc. pursuant to Rule 55(b), Fed.R.Civ.P. If the plaintiff intends to move for judgment by default, it shall do so on or before June 18, 2004. Plaintiff shall include a proposed form of judgment along with the motion filing.

                                              By the Court,

                                              /s/ Robert C. Alba
                                              Deputy Clerk