UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PAINTERS AND ALLIED TRADES <br> DISTRICT COUNCIL NO. 35 <br> Plaintiff, <br><br> M.G.J. PAINTING, INC. <br> Defendant. | C.A. NO. 03-12562-PBS |

### AFFIDAVIT OF JONATHAN M. CONTI
### IN SUPPORT OF AWARD OF ATTORNEY'S FEES AND COSTS

Jonathan M. Conti deposes and says as follows:

1. I am an attorney associated with the law firm of Feinberg, Campbell & Zack, P.C., located at 177 Milk Street, Boston, MA 02109. I am admitted to practice before the United States District Court for the District of Massachusetts and the Massachusetts Supreme Judicial Court. I have acted as the legal representative of the Painters and Allied Trades District Council No. 35 for the purposes of the above-captioned matter.

2. The amount of time this office has expended in pursuing the enforcement of the arbitration award has been 4.00 hours charged at the rate of $195.00 per hour. Accordingly, the amount of legal fees incurred by the Fund as a result of work performed by this office is $780.00. The costs incurred total $194.88 (see attached documentation).

3. The total attorney's fees and costs incurred by the Plaintiff are $974.88.

SIGNED UNDER PENALTIES OF PERJURY THIS 27th DAY OF MAY, 2004.

_____
Jonathan M. Conti
BBO# 657163

Date: 05/20/04

Detail Transaction File List
Feinberg, Campbell & Zack, P.C.

Page: 1

| Client | Date | Atty | E/A Cat | Src | H T B R P X C O | Tcd | Rate | Ctype Hours | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 128.053 | 12/16/03 | 3 | 1 | A | | 35 | 195.00 | 0.75 | 146.25 | Edit Complaint and related documents<br>Painters & Allied Trades D.C. #35 Funds | ARCH |
| 128.053 | 02/24/04 | 3 | 1 | A | | 14 | 195.00 | 0.25 | 48.75 | Letter to MGJ's attorney regarding filing of Answer<br>Painters & Allied Trades D.C. #35 Funds | ARCH |
| 128.053 | 04/02/04 | 3 | 1 | A | | 21 | 195.00 | 0.50 | 97.50 | Review letter from MGJ's attorney; Letter to attorney<br>Painters & Allied Trades D.C. #35 Funds | ARCH |
| 128.053 | 04/09/04 | 3 | 1 | A | | 1 | 195.00 | 0.25 | 48.75 | Telephone conference with E. Byrnes, attorney for MGJ; Review letter from same<br>Painters & Allied Trades D.C. #35 Funds | ARCH |
| 128.053 | 04/14/04 | 3 | 1 | A | | 1 | 195.00 | 0.50 | 97.50 | Telephone conference with Attorney Byrnes; Draft Notice of Default<br>Painters & Allied Trades D.C. #35 Funds | ARCH |
| 128.053 | 04/15/04 | 3 | 1 | A | | 14 | 195.00 | 0.25 | 48.75 | Letter to Attorney Byrnes<br>Painters & Allied Trades D.C. #35 Funds | ARCH |
| 128.053 | 05/20/04 | 3 | 1 | P | | 18 | 195.00 | 1.50 | 292.50 | Preparation of Default documents<br>Painters & Allied Trades D.C. #35 Funds | |

Subtotal for Fees     Billable  4.00  780.00
                      Total     4.00  780.00

| 128.053 | 12/19/03 | 1 | A | A | A | 114 | | 0 | 150.00 | Filing Fees/ (38) Clerk, US District Court<br>Painters & Allied Trades D.C. #35 Funds | ARCH |
| 128.053 | 01/27/04 | 1 | A | A | A | 115 | | 0 | 44.88 | Service of Summons and Complaint on Michael Joaquim: (2350) Middlesex Sheriff's Office<br>Painters & Allied Trades D.C. #35 Funds | ARCH |

Subtotal for Advances   Billable  0.00  194.88
                        Total     0.00  194.88

Total for Client ID 128.053   Billable  4.00  974.88  Painters & Allied Trades D.C. #35 Funds
                              Total     4.00  974.88  MGJ Painting - delinquent funds

Grand Totals   Billable  4.00  974.88
               Total     4.00  974.88