UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PAINTERS AND ALLIED TRADES ) <br> DISTRICT COUNCIL NO. 35 ) <br> Plaintiff, ) <br> ) <br> ) <br> M.G.J. PAINTING, INC. ) <br> Defendant. ) <br> ) | C.A. NO. 03-12562-PBS |

## JUDGMENT

A default has been entered against M.G.J. Painting, Inc., on May 18, 2004, for failing to answer or otherwise defend.

Now, upon application and declaration of Plaintiff demonstrating that Defendant owes Plaintiff the sum of $14,225.04 pursuant to the arbitration award, interest in the amount of $1,707.04, and reasonable attorney's fees and costs in the amount of $974.88; and that Plaintiff M.G.J. Painting, Inc., is not an infant nor an incompetent person, nor in the military service of the United States, it is hereby:

ORDERED, ADJUDGED AND DECREED that Plaintiff recover from Defendant the sum of $16,906.96. Motions for default judgment brought by the Plaintiff in the above-captioned action were submitted to the Court and subsequently filed with the Clerk.

Dated this 18 day of June, 2004.

BY THE COURT

_____
U.S. District Court Judge