UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**FIRST EXECUTION** 2004 AUG 30  P 2: 22        **CIVIL ACTION 03-12562-PBS**

U.S. DISTRICT COURT
DISTRICT OF MASS.

To the United States Marshall for the District of Massachusetts or his deputies and to the Sheriffs of the Counties of the Commonwealth of Massachusetts or their Deputies;

**WHEREAS, <u>Painters and Allied Trades District Council No 35</u>**, has recovered a Judgment in this Court against **<u>M.G.J. Painting, Inc.</u>**, on the 18th of June, 2004 for the sum of **<u>$16,906.96</u>** debt or damage, including pre-judgment interest as to us appears of record, whereof this First Execution remains to be done.

**WE COMMAND YOU**, therefore, that of the goods and chattels or lands of said Judgment Debtor, you cause to be paid and satisfied unto the Judgment Creditor, at the value thereof in money, the aforesaid sums, being a total of <u>$16,906.96</u> in the whole, with interest thereon at the rate of 12% from said day of rendition of said judgment; and thereof also to satisfy yourself for your own fees.

**HEREOF FAIL NOT** and make due return of this Writ with your doings thereon into the Clerk's office of our said Court, as Boston, Massachusetts within twenty (20) years after the date of said judgment or within ten (10) days after this Writ has been satisfied or discharged.

Dated at Boston, Massachusetts this __9__ day of __September__, 2004

By: _____
Deputy Clerk