**PROCESS RECEIPT AND RETURN**

**U.S. Department of Justice**
**United States Marshals Service**

*See Instructions for "Service of Process by the U.S. Marshal"*
*on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Painters And Allied Trades District Council No. 35 | 03-12562-PBS |
| DEFENDANT | TYPE OF PROCESS |
| M.G.J. Painting, Inc. | Writ of Execution |

**SERVE** ➡

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Michael G. Joaquim, President/M.G.J. Painting, Inc.

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

60 Preston Street    Everett, MA 02149

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Jonathan M. Conti, Esq.
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service*):

2004 NOV 15 P 2:
RECEIVED
U.S. MARSHAL SERVICE
BOSTON, MA

| Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 617-338-1976 | DATE 11/12-04 |
|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (*Sign only first USM 285 if more than one USM 285 is submitted*) | Total Process | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk Nancy Inlonera | Date 11/15/04 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*)

Name and title of individual served (*if not shown above*)
Laureen Joaquim (Wife)

Address (*complete only if different than shown above*)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

| Date of Service 11/23/04 | Time 12N ☐ am ☐ pm |
|---|---|

Signature of U.S. Marshal or Deputy

| Service Fee $45 | Total Mileage Charges (*including endeavors*) $5.11 | Forwarding Fee | Total Charges $50.11 | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|

REMARKS: Wife willingly accepted left card Husband w/ call + added recp't! Spoke w/ Mr Joaquim @ 6:30 11/23/04. He acknowledged recp't. He accepted service via his wife. (No Problem)

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

**FIRST EXECUTION** 2004 AUG 30 P 2: 22          **CIVIL ACTION 03-12562-PBS**

U.S. DISTRICT COURT
DISTRICT OF MASS.

To the United States Marshall for the District of Massachusetts or his deputies and to the Sheriffs of the Counties of the Commonwealth of Massachusetts or their Deputies;

**WHEREAS, Painters and Allied Trades District Council No 35**, has recovered a Judgment in this Court against **M.G.J. Painting, Inc.**, on the 18th of June, 2004 for the sum of **$16,906.96** debt or damage, including pre-judgment interest as to us appears of record, whereof this First Execution remains to be done.

**WE COMMAND YOU**, therefore, that of the goods and chattels or lands of said Judgment Debtor, you cause to be paid and satisfied unto the Judgment Creditor, at the value thereof in money, the aforesaid sums, being a total of $16,906.96 in the whole, with interest thereon at the rate of 12% from said day of rendition of said judgment; and thereof also to satisfy yourself for your own fees.

**HEREOF FAIL NOT** and make due return of this Writ with your doings thereon into the Clerk's office of our said Court, as Boston, Massachusetts within twenty (20) years after the date of said judgment or within ten (10) days after this Writ has been satisfied or discharged.

Dated at Boston, Massachusetts this ___ day of September, 2004

By: _____
Deputy Clerk



DOCKETED